VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
10174 Austin Dr. #1116
Spring Valley, CA 91979
Phone: (619) 540-2189

Attorney for Plaintiff Ahmed Al-kubaisi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br><br>    Plaintiff,<br><br>  vs.<br><br>VN VILLAGE CENTER LLC; and DOES 1-10,<br><br><br>    Defendants. | Case No.: 3:25-cv-07973-LJC<br><br>NOTICE OF SETTLEMENT |

Plaintiff Ahmed Al-kubaisi hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED:  November 25, 2025                    VALENTI LAW APC


                                        By:   */s/ Matt Valenti*
                                              Matt Valenti, Esq.
                                              Attorney for Plaintiff
                                              Ahmed Al-kubaisi