Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
10174 Austin Dr. #1116
Spring Valley, CA 91979
Phone: (619) 540-2189

Attorney for Plaintiff Ahmed Al-kubaisi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED AL-KUBAISI,<br><br>            Plaintiff,<br><br>   vs.<br><br><br>VN VILLAGE CENTER LLC; and<br>DOES 1-10,<br><br>            Defendants. | Case No.: 3:25-cv-07973-LJC<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO FED.<br>RULE CIV. PROC. 41 (a)(1)(A)(i) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Ahmed Al-kubaisi voluntarily dismisses this action <u>with</u> prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  December 29, 2025                    VALENTI LAW APC

By:  */s/ Matt Valenti*
Matt Valenti, Esq.
Attorney for Plaintiff
Ahmed Al-kubaisi